Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
Thomas Segal (SBN 222791)
  thomas@setarehlaw.com
**SETAREH LAW GROUP**
9454 Wilshire Blvd, Suite 907
Beverly Hills, California  90212
T: (310) 888-7771 |  F: (310) 888-0109

Attorneys for Plaintiff
JUAN PATINO

HAYNES AND BOONE, LLP
Tamara I. Devitt/Bar No. 209683
  tamara.devitt@haynesboone.com
Kimberly A. Chase/Bar No. 253311
  kimberly.chase@haynesboone.com
Matthew E. Costello/Bar No. 295062
  matthew.costello@haynesboone.com
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
T: (949) 202-3000 | F: (949) 202-3001

Attorneys for Defendants
KVS TRANSPORTATION, INC. and NABORS DRILLING USA, LP

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN PATINO, on behalf of himself, all others similarly situated, <br><br> *Plaintiff*, <br><br> vs. <br><br> KVS TRANSPORTATION, INC., a California corporation; NABORS DRILLING USA, L.P., a Delaware corporation; and DOES 1-50, inclusive, <br><br> *Defendants*. | Case No. 1:15-CV-00713-TLN-SMS <br><br> Assigned to U.S. District Judge Troy L. Nunley <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF DATE TO COMPLETE CURRENTLY NOTICED DEPOSITIONS AND FOR DISCLOSURE OF EXPERT WITNESSES** <br><br> Complaint filed:   May 8, 2015 |

1

Joint Stipulation and Order to Continue Discovery
Cut-off Date to Complete Currently Noticed
Depositions and
for Disclosure of Expert Witnesses

Plaintiff Juan Patino ("Plaintiff") and Defendants KVS Transportation, Inc. ("KVS") and Nabors Drilling USA, LP (collectively, the "Parties"), through their respective counsel, hereby stipulate as follows:

WHEREAS, on July 28, 2015, the Court issued a Pretrial Scheduling Order governing discovery and other pretrial proceedings (Dkt. No. 14) ("Order") for this case;

WHEREAS, the Order bifurcates discovery into two phases, with Phase I discovery limited to facts that are relevant to whether this action should be certified as a class action;

WHEREAS, pursuant to the Order, all Phase I discovery must be completed by the Parties on or before January 29, 2016 and the Parties must disclose their respective expert witnesses on or before February 29, 2016;

WHEREAS, on December 31, 2015, KVS noticed Plaintiff's deposition for January 20, 2016;

WHEREAS, on January 8, 2016, Plaintiff served a Rule 30(b)(6) deposition notice on KVS, with such deposition to be held on January 22, 2016;

WHEREAS, on January 12, 2016, Plaintiff's counsel informed counsel for KVS that Plaintiff was not available on the noticed date of January 20, 2016;

WHEREAS, on January 13, 2016, counsel for KVS informed Plaintiff's counsel that KVS' Rule 30(b)(6) deponent and counsel for KVS were not available on the noticed date of January 22, 2016, provided alternative dates for the Rule 30(b)(6) deposition and asked for alternative dates for Plaintiff's deposition, and suggested to Plaintiff's counsel that Plaintiff's deposition and the Rule 30(b)(6) deposition be scheduled for the same day;

WHEREAS, the Parties are in the process of meeting and conferring in good faith to schedule the currently noticed depositions of Plaintiff and KVS' Rule 30(b)(6) deponent, with the aim of completing these depositions by the end of February 2016, subject to witness and counsel availability;

WHEREAS, the Parties agree that good cause exists to continue the Phase I discovery cut-off date (i) to complete the currently noticed depositions of Plaintiff and KVS' Rule

2

Joint Stipulation and Order to Continue Discovery
Cut-off Date to Complete Currently Noticed
Depositions and
for Disclosure of Expert Witnesses

1  30(b)(6) deponent only, and (ii) to disclose expert witnesses, if any, which may be necessary
2  following the depositions of Plaintiff and KVS' Rule 30(b)(6) deponent;
3       WHEREAS, the Parties agree that continuing the Phase I discovery cut-off by 60 days to
4  complete the currently outstanding depositions of Plaintiff and KVS' Rule 30(b)(6) deponent
5  and to disclose expert witnesses would promote efficiency and judicial economy, as it will allow
6  the Parties to engage in necessary pre-certification discovery; and
7       WHEREAS, the Parties agree that neither party will be prejudiced by the requested
8  continuance.
9       NOW, THEREFORE, the Parties, by and through their counsel of record, hereby
10 stipulate, subject to this Court's approval, that the deadline to complete Phase I discovery,
11 currently set for January 29, 2016, shall be continued to March 29, 2016 for purposes of (i)
12 completing the currently noticed depositions of Plaintiff and KVS' Rule 30(b)(6) deponent, and
13 (ii) disclosing expert witnesses.
14       **IT IS SO STIPULATED.**
15
16 Date: February 1, 2016         SETARAH LAW GROUP
17                                By:   */s/ Shaun Setarah*
                                        Shaun Setarah
18                                      Attorneys for Plaintiff
                                        JUAN PATINO
19
20 Date: February 1, 2016         HAYNES AND BOONE, LLP
21                                By:   */s/ Matthew E. Costello*
                                        Matthew E. Costello
22                                      Attorneys for Defendants
23                                      KVS TRANSPORTATION, INC. and
                                        NABORS DRILLING USA, LP
24                                      (*as authorized on January 27, 2016
25                                      per L.R. 131(e)*)
26
27
28

3

Joint Stipulation and Order to Continue Discovery
Cut-off Date to Complete Currently Noticed
Depositions and
for Disclosure of Expert Witnesses

**ORDER**

Pursuant to the Parties' stipulation, the deadline to complete Phase I discovery, currently set for January 29, 2016, shall be continued to March 29, 2016 for purposes of (i) completing the currently noticed depositions of Plaintiff and KVS' Rule 30(b)(6) deponent, and (ii) disclosing expert witnesses.

**IT IS SO ORDERED.**

Dated: February 1, 2016

Troy L. Nunley
United States District Judge